NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENUE INNOVATIONS, INC.,**
*Plaintiff-Appellant*

**v.**

**E. MISHAN & SONS INC.,**
*Defendant-Appellee*

---

2020-1065

---

Appeal from the United States District Court for the Southern District of New York in No. 1:16-cv-03086-KPF, Judge Katherine Polk Failla.

---

**JUDGMENT**

---

PETER JOSEPH CORCORAN, III, Corcoran IP Law PLLC, Texarkana, TX, argued for plaintiff-appellant. Also represented by MATTHEW JAMES DOWD, Dowd Scheffel PLLC, Washington, DC; EDWARD W. GOLDSTEIN, Goldstein Law, P.L.L.C., Houston, TX.

JAMES M. GLASS, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for defendant-appellee. Also represented by EDWARD J. DEFRANCO, JOHN THOMAS MCKEE.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 10, 2020                  /s/ Peter R. Marksteiner
    Date                         Peter R. Marksteiner
                                 Clerk of Court